UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Josue Orozco-Becerra, | Case No. 2:25-cv-01422-APG-BNW |
| Petitioner | |
| v. | **ORDER** |
| U.S. Department of Homeland Security, et al., | |
| Respondents | |

Josue Orozco-Becerra, who is in custody at Nevada Southern Detention Center, has submitted a *pro se* 28 U.S.C. § 2241 petition for writ of habeas corpus. ECF No. 1-1. He has not submitted an application to proceed *in forma pauperis* or paid the filing fee.[1] 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2. This action therefore is subject to dismissal without prejudice as improperly commenced.

Further, the petition is not on this court's form nor does it substantially follow the form. Local Special Rule 3-1. The petition and "personal statement" are 23 mostly single-spaced pages in narrative form, and it is unclear what claims the petitioner seeks to raise. A federal court may only consider a habeas petition where a petitioner challenges his state-court conviction or sentence on federal constitutional grounds. 28 U.S.C. § 2254(a). But some remedies he requests are unavailable in federal habeas corpus, including "proof" that S.W.A.T. officers were deputized to execute a federal warrant and an order that the DEA pay reparations for destroying the petitioner's personal property. It also appears that some of his claims might be properly raised in a habeas petition. So I will dismiss this petition with leave to file an amended petition

---

[1] The petitioner noted on page one of the petition that he "agree[s]" to have the $5.00 fee deducted from his inmate account. But he has to take the necessary steps to request the funds from the prison—usually by submitting a form or "brass slip."

that briefly and clearly sets forth any claims for which habeas relief may be granted and a brief statement of the factual allegations to support the claims. Finally, I note that in any amended petition the petitioner should name the warden of Nevada Southern Detention Center as a respondent because he has immediate physical custody of the petitioner. 28 U.S.C. § 2242; *see also* § 2243 ("The writ . . . shall be directed to the person having custody of the person detained").

I THEREFORE ORDER the Clerk of Court to detach and file the petition at ECF No. 1-1.

I FURTHER ORDER that the petition is **DISMISSED** without prejudice and with leave to file an amended petition as described in this order by **September 24, 2025**.

I FURTHER ORDER that the petitioner either pay the $5.00 filing fee or submit an application to proceed *in forma pauperis* with his amended petition, if any.

I FURTHER ORDER the Clerk to send to the petitioner one copy of the court's form § 2241 habeas petition and a copy of all the papers he filed in this case.

DATED this 22nd day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE