UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Josue Orozco-Becerra,<br><br>                Petitioner<br>v.<br><br>U.S. Department of Homeland Security, et al.,<br><br>                Respondents | Case No. 2:25-cv-01422-APG-BNW<br><br>**ORDER** |

      Josue Orozco-Becerra, who is in immigration detention at Nevada Southern Detention Center, submitted a *pro se* 28 U.S.C. § 2241 petition for writ of habeas corpus and has now paid the filing fee. ECF Nos. 1-1, 6. Per this court's order, he has filed an amended petition. ECF No. 5. I have conducted a preliminary review of the petition, and it is dismissed for failure to state a claim for which habeas relief may be granted.

      In his amended petition Orozco-Becerra alleges that he was "human trafficked by federal agents as part of a parallel construction investigation in an attempt to disappear the evidence of their corruption" (ground 1) and that his "knowledge of the current administration's corruption and involvement with organized crime made [him] a target for persecution and detention" (ground 2). ECF No. 5 at 6. Ground 3 reads: "in every state of these oppressions we have petitioned for redress in the most humble terms: our repeated petitions have been answered only by repeated injury." *Id*. He also writes about how to survive slavery. *Id*. at 8-9. I can discern no claims for which this court may grant federal habeas relief. *See, e.g.,* REAL ID Act, 8 U.S.C. § 1252; *Flores-Torres v. Mukasey*, 548 F.3d 708, 710-11 (9th Cir. 2008); *Iasu v. Smith*, 511 F.3d 881 (9th Cir. 2007) (a federal district court does not have jurisdiction over a habeas petition seeking to challenge a removal order); *see also Casas–Castrillon v. Department of Homeland Sec.*, 535 F.3d 942, 951 (9th Cir. 2008); *Singh v. Holder*, 638 F.3d 1196, 1200–03 (9th Cir. 2011)

(federal district courts have jurisdiction under § 2241 to review bond hearing determinations for constitutional claims and legal error). I therefore dismiss this petition for failure to state a claim for which federal habeas relief under § 2241 may be granted.

I THEREFORE ORDER that the amended petition is **DISMISSED**.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED this 7th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE